IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

NANCY GREEN,

                               Plaintiff,

-against-

BRISTOL-MYERS SQUIBB COMPANY, and
SCHERING CORPORATION,

                               Defendants.

-----------------------------------------------------------------------X

Index No.:
07 CV 7423

**CERTIFICATE OF
IDENTIFICATION
PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned, as counsel of record for defendant, **BRISTOL-MYERS SQUIBB COMPANY ("BMS")**, certifies that it does not have a parent corporation and no publicly held company owns ten percent or more of its stock.

Dated: New York, New York
       October 5, 2007

                           Respectfully Submitted,

                           SEDGWICK, DETERT, MORAN, & ARNOLD LLP

                           By: _____
                           MATTHEW J. McCAULEY (MM-9610)
                           *Attorneys for Defendants*
                           *BRISTOL-MYERS SQUIBB COMPANY and*
                           *SCHERING CORPORATION*
                           125 Broad Street, 39th Floor
                           New York, New York 10004-2400
                           Telephone: (212) 422-0202
                           Facsimile:  (212) 422-0925
                           **[SDMA File No. 0196-005953]**

To:    David S. Nalven, Esq. (DN-2374)
        Kimberly Dougherty, Esq. (Pro Hac Vice)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        One Main Street, 4th Floor

-1-

-2-

Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone (602) 840-5900
Facsimile    (602) 840-3012