-3-

## CERTIFICATE OF SERVICE

I, Matthew J. McCauley, hereby certify and affirm that a true and correct copy of the attached **CERTIFICATE OF IDENTIFICATION PURSUANT TO RULE 7.1** was served electronically pursuant to United States District Court, Southern District of New York Local Rule 5.2 on October 5, 2007, upon:

David S. Nalven, Esq. (DN-2374)
Kimberly Dougherty, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:   (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone (602) 840-5900
Facsimile   (602) 840-3012

MATTHEW J. McCAULEY (MM-9610)