AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

NANCY GREEN

**APPEARANCE**

v.

BRISTOL—MYERS SQUIBB COMPANY ET AL.

Case Number: 07—07423

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL—MYERS SQUIBB COMPANY

SCHERING CORPORATION

I certify that I am admitted to practice in this court.

| 10/18/07 | | |
|---|---|---|
| Date | | |

Signature

| David Covey | | DC 3729 |
|---|---|---|
| Print Name | | Bar Number |

| 125 Broad Street, 39th Fl. |
|---|
| Address |

| New York | New York | |
|---|---|---|
| City | State | Zip Code |

| (212) 422-0202 | | (212) 422-0925 |
|---|---|---|
| Phone Number | | Fax Number |

David.covey@sdma.com