**CERTIFICATE OF SERVICE**

I, David Covey, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via Regular Mail on this 18th day of Octorber, 2007, upon the following:

>David S. Nalven, Esq.
>Kimberly Dougherty, Esq.
>Hagens Berman Sobol Shapiro LLP
>One Main Street, Fourth Floor
>Cambridge, MA 02142

>Robert B. Cary, Esq.
>Donald Andrew St. John,q.
>Hagens Berman Sobol Shapiro LLP
>2425 E. Camelback Road, Suite 650
>Phoenix, Arizona 85016

>_____
>David Covey (DC-3729)

Dated:   New York, New York
         October 18, 2007