# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NANCY GREEN

**APPEARANCE**

v.

BRISTOL-MYERS SQUIBB COMPANY ET AL.

Case Number: 07-07423

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL-MYERS SQUIBB COMPANY

SCHERING CORPORATION

I certify that I am admitted to practice in this court.

Date: 10/16/07

Signature: [signature]

Print Name: Barry Gerstman     Bar Number:

Address: 125 Broad Street, 39th Fl.

City: New York    State: New York    Zip Code:

Phone Number: (212) 422-0202    Fax Number: (212) 422-0925

Barry.gerstman@sdma.com