**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925

www.sdma.com

January 10, 2008

**BY FACSIMILE: (212) 805-7901**
Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08
```

Re:  Nancy Green v. Bristol Myers Squibb Company & Schering Corporation
     SDNY Docket No: 07 cv 7423
     File No.: 0196-005952

Dear Judge Baer:

We are writing on behalf of all parties as a follow-up to your Honor's endorsement of our January 8, 2008 letter, in which you requested that we suggest how to avoid simultaneous trials for the "new-onset diabetes" group and the "glycemic event" group. The parties have conferred and jointly request that the "new-onset diabetes" group be placed on the Court's January 2009 Trailing Trial Calendar and that the "glycemic event" group be placed on the February 2009 Trailing Trial Calendar. Although the "glycemic event" group would be moved to the February 2009 calendar, the underlying discovery dates would not change and would run parallel to the "new-onset diabetes" group.

Attached, for your consideration, is a "Pretrial Scheduling Orders for Consolidated Cases" for the "new-onset diabetes" group (*Green, Bills, Felton & Owen*) and one for the "glycemic event" group (*Grantham & Bekemeyer*).

The parties will make themselves available at your convenience should you have any questions or comments.

Austin  ▪  Bermuda*  ▪  Chicago  ▪  Dallas  ▪  Houston  ▪  London  ▪  Los Angeles  ▪  New York  ▪  Newark  ▪  Orange County  ▪  Paris  ▪  San Francisco  ▪  Zurich

*Affiliated office

Honorable Harold Baer, Jr.
SDNY Docket No. 07-42342B
January 10, 2008
Page 2

Thank you for your consideration of our joint request.

Respectfully Submitted,

*[signature]*

Matthew J. McCauley
Sedgwick, Detert, Moran & Arnold LLP

MJM/

cc:   **By Email and First-Class Mail**
      Hagens Berman Sobol Shapiro LLP
      Attorneys for Plaintiff
      2425 East Camelback Road, Suite 650
      Phoenix, AZ 85016

*[Handwritten note from Judge Baer:]*

These are fine — I have changed the # of days because 1) the first PTC your estimate all waived, take 21 trial days + thus two trials should take 11 or less each. 2) I am not anxious to tie up my courtroom for 2 full months and thus you, if you believe now that each case this 21 days best, start making up schedules to meet my estimate on any estimate totaling 21 days on threatens and must because the cases are going to be settled or (4) you send me a copy of a pretrial PTSO (at 2) & we will find our dates & I the # of trial raises a problem call chambers.

ORDERED:
*[signature]* Harold Baer, Jr., U.S.D.J.
Date: 1/15/08

Endorsement:

These are fine - I have changed the number of days because

(1) at the first PTC you estimated all would take 21 trial days and thus two trials should take 11 or less each;

(2) I am not anxious to tie up my courtroom for 2 full months and thus you, if you believe now that each case takes 21 days best start making schedules to meet my estimate or any estimate totaling 21 days or thereabouts and

(3) you won't mind because the cases are going to be settled or so you opine.

(4) If you send me a copy of a fully executed PTSO (or 2) I will be in your debt and if this i.e., the number of trial days raises a problem you may call Chambers.