1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

NANCY GREEN,

                    Plaintiff,

    vs.

BRISTOL-MYERS SQUIBB COMPANY and
SCHERING CORPORATION,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 07-7423 (HB)

**NOTICE OF SERVICE**

(Assigned to the Honorable Harold Baer, Jr.)

       Plaintiff Nancy Green, by and through her attorneys, hereby notifies the Court that on February 6, 2008, she served her Fifth Supplemental Disclosure Statement by mailing the original, via United Parcel Service Next Day Air, to counsel for Bristol-Myers Squibb Company and Schering Corporation.

       RESPECTFULLY SUBMITTED on February 6, 2008.

                        **HAGENS BERMAN SOBOL SHAPIRO, LLP**

                        s/Donald Andrew St. John
                        Robert B. Carey
                        Donald Andrew St. John
                        HAGENS BERMAN SOBOL SHAPIRO LLP
                        2425 E. Camelback Road, Suite 650
                        Phoenix, Arizona 85016
                        Telephone: (602) 840-5900
                        Facsimile: (602) 840-3012

                        David S. Nalven, DN-2374
                        Kimberly A. Dougherty, DN-58014
                        HAGENS BERMAN SOBOL SHAPIRO LLP
                        One Main Street, 4th Floor
                        Cambridge, MA 02142
                        Telephone: (617) 482-3700
                        Facsimile: (617) 482-3003

1

**CERTIFICATION OF SERVICE**

2

   I hereby certify that on February 6, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

3

4
**David Covey**
david.covey@sdma.com

5

6
**Matthew McCauley**
matthew.mccauley@sdma.com

7

8
**Barry Gerstman**
barry.gerstman@sdma.com

9

10
                                        ____s/Georgia O'Neill_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2