UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

NANCY GREEN,  )
 )
    Plaintiff,  ) C.A. No. 07-7423 (HB)
 )
vs.  ) **NOTICE OF SERVICE**
 )
BRISTOL-MYERS SQUIBB COMPANY,  ) (Assigned to the Honorable Harold Baer, Jr.)
 )
    Defendant.  )
 )

Plaintiff Nancy Green, by and through her attorneys, hereby notifies the Court that on February 20, 2008, she served, by mailing the originals to counsel for Bristol-Myers Squibb Company, Responses to Defendants' Discovery Demands as follows:

1. NOTICE FOR DISCOVERY & INSPECTION OF DOCUMENTS WHICH WILL BE USED TO ESTABLISH ECONOMIC LOSS, ETC.;

2. DEMAND FOR LIEN INFORMATION;

3. NOTICE FOR PRODUCTION OF MOVIES;

4. DEMAND FOR COLLATERAL SOURCE INFORMATION;

5. DEMAND FOR STATEMENTS;

6. NOTICE FOR DISCOVERY & INSPECTION OF X-RAYS AND OTHER DIAGNOSTIC FILMS;

7. DEMAND FOR EXPERT WITNESS DISCLOSURE;

8. NOTICE FOR DISCOVERY & INSPECTION;

9. DEMAND FOR INCOME TAX RETURNS;

10. DEMAND FOR EMPLOYMENT AND EDUCATIONAL INFORMATION;

11. DEMAND FOR NAMES AND ADDRESSES OF WITNESSES;

12. DEMAND FOR MEDICAL INFORMATION AND AUTHORIZATIONS;

13.   NOTICE OF DISCOVERY & INSPECTION.

RESPECTFULLY SUBMITTED February 20, 2008.

        **HAGENS BERMAN SOBOL SHAPIRO LLP**

        s/Donald Andrew St. John
        Robert B. Carey
        Donald Andrew St. John
        HAGENS BERMAN SOBOL SHAPIRO LLP
        2425 E. Camelback Road, Suite 650
        Phoenix, Arizona 85016
        Telephone: (602) 840-5900
        Facsimile: (602) 840-3012

        David S. Nalven, DN-2374
        Kimberly A. Dougherty, DN-58014
        HAGENS BERMAN SOBOL SHAPIRO LLP
        One Main Street, 4th Floor
        Cambridge, MA 02142
        Telephone: (617) 482-3700
        Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on February 20, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

\_\_\_\_s/Georgia O'Neill_____