DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NANCY GREEN,

                              Plaintiff,

          -against-

BRISTOL-MYERS SQUIBB COMPANY, and
SCHERING CORPORATION,

                            Defendants.
------------------------------------------------------------------X

Index No.:
07 CV 7423 (HB)(JCF)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party against the other.

Dated: New York, New York
April 30, 2008

_____
Andrew St. John, Esq.
Hagens Berman Sobol Shapiro LLP
Attorneys for Plaintiff
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016

_____
Matthew J. McCauley, Esq. (MM-9610)
Sedgwick, Detert, Moran & Arnold LLP
Attorneys for Defendants
Bristol-Myers Squibb Company and Schering Corporation
125 Broad Street, 39th Floor
New York, New York 10004

So Ordered:

_____
Honorable District Court
Judge Harold Baer